LOUIS DANNHAUSER, Appellant, *v.* ROSA WALLENSTEIN, Respondent.

(Submitted January 13, 1902; decided January 31, 1902.)

Motion for reargument denied, with ten dollars costs. (See 169 N. Y. 199.)